■ REPUBLIC PAINTING, SHEETING & BUILDING CORPORATION et al., Respondents, v P.S. BRUCKEL, INC., et al., Appellants. (Appeal No. 1.) [698 NYS2d 192] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Vacate Stipulation.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.